# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 15-751V
Filed: October 20, 2015
Unpublished

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
ALLISON HOLLAND,                    *
                                    *
           Petitioner,              *      Ruling on Entitlement; Concession;
                                    *      Quadrivalent Influenza Vaccination;
                                    *      Shoulder Injury Related to Vaccine
SECRETARY OF HEALTH                 *      Administration ("SIRVA");
AND HUMAN SERVICES,                 *      Special Processing Unit ("SPU")
                                    *
           Respondent.              *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Nicholas Bunch, White, Getgey & & Meyer, Cincinnati, OH, for petitioner.*
*Ann Martin, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On July 17, 2015, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] [the "Vaccine Act" or "Program"]. Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") resulting from the quadrivalent influenza vaccination she received on October 1, 2014. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 16, 2015, respondent filed her Rule 4(c) report in which she concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent "has concluded that a preponderance of evidence establishes that the injury to petitioner's left shoulder was caused-in-fact by the administration of her October 1, 2014, flu vaccine, and that petitioner's injury is not

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

due to factors unrelated to the administration of the flu vaccine." *Id.* at 3.  Respondent further agrees that "the statutory six month sequela requirement has been satisfied." *Id.*

**In view of respondent's concession and the evidence before me, I find that petitioner is entitled to compensation.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master